■ In the Matter of ROCHESTER CITY SCHOOL DISTRICT, Respondent, v MICHELLE CHENEY DONALDSON, as Commissioner of New York State Division of Human Rights, on Complaint of SYNTHIA JOHNSON, Petitioner. [834 NYS2d 919]—Proceeding pursuant to Executive Law § 298 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Monroe County [William P. Polito, J.], entered September 27, 2006) to review a determination of respondent-petitioner. The determination found after a hearing that petitioner-respondent had engaged in sexual discrimination and awarded complainant the amount of $25,000 as compensatory damages for mental anguish and humiliation.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs, the petition is

dismissed, the cross petition is granted, and petitioner-respondent is directed to pay complainant the sum of $25,000, together with interest at the rate of 9% per annum, commencing June 16, 2006. Present—Hurlbutt, J.P., Martoche, Peradotto and Green, JJ.